# IN THE UNITED STATES DISTRICT COURT

STEVEN MIDDLETON, PRO SE

702 NORTH CEDAR

NEVADA, MO 64772

(417) 876-8562

### PLAINTIFF

No.: _____

Jury Trial Demanded

v.

HEATHER BROWN, AN INDIVIDUAL

C/o 6942 S 2300 ROAD

WALKER, MO 64790

AND

VERNON COUNTY

A MUNICIPAL CORPORATION

100 W. Cherry St. Nevada, MO 64772

Serve on General Counsel or Process Receipt clerk

AMENDED COMPLAINT OF BREACH OF CONTRACT, CONVERSION,
FALSIFICATION OF RECORDS, AND VIOLATIONS OF 42 USC 1983

INTRODUCTION:

1. Plaintiff Steven Middleton, appearing pro se, brings this lawsuit against Vernon County for breach of contract, conversion, falsification of records, and violations of 42 USC 1983. Middleton contends that the actions of the lower court of Vernon County and the Missouri Appeal Court, by not applying federal law and protections, have violated his equal protection and due process rights under the United States Constitution and its Amendments. They did so in an administrative capacity. He further sues Heather Middleton Jointly because she falsified records, invited falsification, and pretended that she was married to Plaintiff when in fact they were never married and never had any arrangement of the sort.

JURISDICTION/VENUE:

2. 28 USC 1331 and 28 USC 2201/2202 - This Court has jurisdiction over the matter pursuant to the Judiciary Act, as it involves the validity of United States and Missouri statutes, and the actions giving rise to the suit occurred within Vernon County. Further 1st amendment and 14th amendment to the US Constitution is involved triggering federal question jurisdiction.

BACKGROUND:

3. Defendant Heather Brown falsely claims that the parties are a married couple from Texas for the purpose of a divorce proceeding in Missouri.

4. However, there is no record of a marriage ceremony in Texas or Missouri, and Middleton asserts that he and Brown were never married. Middleton did reside in Indiana with Brown for three years.

5. The misrepresentation by Heather Brown and others, and the adoption of this false record by the Vernon County courts, has resulted in adverse decisions based on inaccurate and incomplete information, violating due process.

BREACH OF CONTRACT:

6. The parties did not comply with the marriage laws of the State of Missouri. Heather Brown signed an agreement stating that there was no marriage license, no intention to obtain one, and that the presiding member at the proceedings lacked authority to perform a recognized wedding under Missouri law.

7. The agreement, stating the absence of a marriage license, is a matter of record. However, Heather Brown later sought to obtain benefits that were expressly prohibited by the agreement.

CONVERSION:

8. Missouri law declares common law marriages to be null and void. A marriage license must be obtained before a marriage in the state, and the marriage must be solemnized by a person authorized to do so.

9. The parties failed to comply with the required marriage license and solemnization procedures, and Heather Brown represented that the required protocols and marriage procedures and applications had been utilized though they hadn't.

FALSIFICATION OF RECORDS:

10. The court in Vernon County, Missouri, has relied upon false records indicating the existence of a marriage between Middleton and Brown, despite no evidence supporting such a marriage and despite no application or commencement information on file with the county.

11. The clerk of the court has apparently inadvertently forged records or, alternatively, no record exists suggesting that any marriage ever occurred initially. Nonetheless, the court has proceeded as if the marriage did occur and has attempted to fortify the adverse and unfounded decision.

VIOLATIONS OF 42 USC 1983:

12. The actions of the lower court of Vernon County and the Missouri Appeal Court, by disregarding federal law and protections, have resulted in a violation of Middleton's equal protection and due process rights under the United States Constitution and its Amendments.

13. The right to amend is reserved and preserved as more facts become available from adminsitrative discipline files regarding complaints made.

PRAYER FOR RELIEF:

The plaintiff prays that this Court:

1.  Review the facts, circumstances, and transactions and,
2.  State the Rights, duties, and legal relations of all parties involved, and
3.  Declare that there was no valid marriage between Steven Middleton and Heather Brown;
2. Grant declaratory relief in favor of the plaintiff;
3. Awards damages for breach of contract, conversion, and falsification of records;
4. Holds Vernon County liable for the 42 USC 1983 violations, including the violation of Middleton's equal protection and due process rights;
5. Order the correction of all false records and the nullification of any adverse decisions based on inaccurate and incomplete information;
6. Provide any further relief deemed just and proper.

DATED this 20th day of ____June____, 2023.

STEVEN MIDDLETON, PRO SE

702 NORTH CEDAR

NEVADA, MO 64772

(417) 876-8562